IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARD DELAWRENCE GREEN, ) | |
| ID # 849463, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:02-CV-0395-D |
| ) | |
| NATHANIEL QUARTERMAN,[1] Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the Court **DENIES** petitioner's October 27, 2005 motion for relief from judgment. The Clerk of Court shall transmit a copy of this Order to petitioner.

**SIGNED July 21, 2006.**

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[1] On June 1, 2006, Nathaniel Quarterman became the Director of the Texas Department of Criminal Justice - Correctional Institutions Division. The Court thus substitutes him for Douglas Dretke. *See* Fed. R. Civ. P. 25(d)(1).